Tomedes.

# CERTIFICATION OF TRANSLATION ACCURACY

We hereby certify the accompanied translation of Sworn Statement of Service upon Raw Entertainment Ltd from Greek to English is true and accurate to the best of our knowledge in addition to our professional translation competence.

Date: February 6, 2026

Signed by: Vasileios Paraskevas

**Translator**

TOMEDES LTD

**Tomedes Smart Human Translation** ***www.Tomedes.com***

**+9000 businesses customers**

**1 year guarantee**

**24/7 human support**

(Type J. 175.)

COURT REGISTRY (Suit no. ~~20~~ )

No. 5 – SWORN STATEMENT OF SERVICE (D. 5, K. 2)

I, Giannos Ioannou, court server, swear and say that I served a copy of the writ of summons in the Lawsuit under Number ---------- of the Court Registry of --------- in (a) Limassol on 1/16/2026, leaving it with the defendant (b) Raw Entertainment Ltd at its registered headquarters at 1, Grivas Digenis St, BLOCK 1, Office No. 11, Agios Tychonas from Limassol, ~~or for the defendant ______________ who I didn't find at his house or his usual workplace,~~

A copy of the document(s) served is attached to the present as proof and marked "A".

Signature: [signature]

Signed and sworn before me in Nicosia

on 1/20/2026

[Round seal:

[signature] DISTRICT COURT OF

The court registrar NICOSIA, CYPRUS]

---

(a) Town or village where the service takes place.

(b) Delete the word "defendant" if it does not apply.

(c) Delete to the end if it does not apply.

(d) State the relationship with the defendant for whom you are leaving the writ of summons.

NOTE – The sworn statement of service must be made within 7 days of the serving.

***1/16/26***
***[signature] Registered Headquarters***

**WARNING**
***AVIS***
*(recommended by the Fourteenth Session of Hague Conference of October 1980)*
**identity and address of the addressee**
*identité et adresse du destinataire*

**Raw Entertainment Ltd. d/b/a Roobet**
Voukourestiou, 25, Neptune House
1st Floor, Flat/Office 11, Zakaki
3045 Limassol
**CYPRUS**

**IMPORTANT**

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT, YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

Southern Minnesota Regional Legal Services
450 North Syndicate Street, Suite 285
St. Paul, Minnesota 55104
USA
Tel.: +1.651.222.5863

***TRÈS IMPORTANT***

*LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.*

*SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.*

*LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :*

Southern Minnesota Regional Legal Services
450 North Syndicate Street, Suite 285
St. Paul, Minnesota 55104
USA
Tel.: +1.651.222.5863

(Τύπος J. 175.)

ΠΡΩΤΟΚΟΛΛΗΤΕΙΟ (Αγωγή Αρ. — 20 )

Αρ. 5—ΕΝΟΡΚΗ ΔΗΛΩΣΗ ΕΠΙΔΟΣΗΣ (Δ. 5, Κ. 2)

Εγώ, ο Γιαννος Ιωαννου, Δικαστικός Επιδότης ορκίζομαι και λέγω ότι επέδωσα επίσημο αντίγραφο του κλητηρίου εντάλματος στην Αγωγή με Αριθμό — του Πρωτοκολλητείου — στο (α) Λευκωσία την 16/1/2026, αφήνοντάς το στην παρουσία του ένάντι της υπογραφής του/της στον εναγόμενο (β) Raw Entertainment Ltd Στο εγγεγρ. γραφείο αυτού (γ) Γρίβα Διγενή Αρ.1 Block L Γραφείο Αρ.11 Άγιος Τύχωνας από Λευκωσία ή για τον εναγόμενο τον οποίο δεν βρήκα στο σπίτι του ή στο συνηθισμένο τόπο εργασίας του, ο πιο πάνω (δ) είναι του πιο πάνω εναγομένου.

Αντίγραφο του εγγράφου/εγγράφων που επιδόθηκαν επισυνάπτεται στην παρούσα σαν τεκμήριο και σημειώνεται "Α".

(Υπογραφή) ..................................................

Υπόγραψε και ορκίστηκε ενώπιόν μου στη Λευκωσία

την 20/1/2026.

..................................................
Πρωτοκολλητής

ΕΠΑΡΧΙΑΚΟ ΔΙΚΑΣΤΗΡΙΟ ΛΕΥΚΩΣΙΑΣ - LEFKOSIA KAZA MAHKEMESİ - DISTRICT COURT OF NICOSIA * CYPRUS

---

(α) Πόλη ή χωριό που γίνεται η επίδοση.

(β) Διαγράψετε τη λέξη "Εναγόμενος" εάν δεν εφαρμόζεται.

(γ) Διαγράψετε μέχρι το τέλος, εάν δεν εφαρμόζεται.

(δ) Δηλώσετε την σχέση του με τον Εναγόμενο για τον οποίο αφήσετε το κλητήριο.

ΣΗΜ.—Η ένορκη Δήλωση επίδοσης πρέπει να γίνει μέσα σε 7 ημέρες από την επίδοση.

Case No. 0:25-cv-04152-JMB-DJF

10/1/25
cryptd. (ec9 510

# WARNING

***AVIS***

*(recommended by the Fourteenth Session of Hague Conference of October 1980)*

**identity and address of the addressee**

*identité et adresse du destinataire*

**Raw Entertainment Ltd. d/b/a Roobet**
Voukourestiou, 25, Neptune House
1st Floor, Flat/Office 11, Zakaki
3045 Limassol
**CYPRUS**

## IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT, YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

Southern Minnesota Regional Legal Services
450 North Syndicate Street, Suite 285
St. Paul, Minnesota 55104
USA
Tel.: +1.651.222.5863

## *TRÈS IMPORTANT*

*LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.*

*SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.*

*LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :*

Southern Minnesota Regional Legal Services
450 North Syndicate Street, Suite 285
St. Paul, Minnesota 55104
USA
Tel.: +1.651.222.5863