**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

John S. Uphoff,

Plaintiff,

v.

Geofrey Lemond, Capture Design Ventures 03, LLC, Matt Duea, Anthony Brennan, Raw Entertainment B.V., Raw Entertainment Ltd., Packdraw Limited, Packdraw US LLC, PDCC Services Limited,

Defendants.

No. 25-cv-4128 (ECT/DLM)

**ORDER**

---

Plaintiff filed the Complaint in this matter on October 27, 2025 (Doc. 1), and member case *25-cv-4152-ECT-DLM* was removed to federal Court on October 30, 2025. A Summons was returned executed as to Defendants Raw Entertainment Limited and Packdraw Limited on February 26, 2026. (Doc. 23, 24.) A Summons was returned executed as to Defendant PDCC Services Limited in member case *25-cv-4152-ECT-DLM* on February 6, 2026. (Doc. 19.) The cases were consolidated on February 10, 2026. (Doc. 18.) More than 21 days have elapsed since the Summons and Complaint were served on these three Defendants, and no appearance has been entered by them. The Federal Rules of Civil Procedure and the Local Rules of this District require that an answer or other pleading be filed.

Accordingly, counsel for Plaintiff is directed to:

1. Notify Defendants Raw Entertainment Limited, Packdraw Limited, and PDCC Services Limited or their counsel immediately that they are required

to answer or otherwise respond to the Complaint or submit a stipulation for an extension of time to answer or otherwise respond within 10 days of this Order;

2. File the above notice in CM/ECF; and

3. If no answer or other response is filed by Raw Entertainment Limited, Packdraw Limited, or PDCC Services Limited within 21 days of this Order, Plaintiff shall file an application for entry of default pursuant to Fed. R. Civ. P. 55(a) within 30 days of the date of this Order. Once default is entered by the Clerk of Court, Plaintiff shall promptly seek default judgment pursuant to Fed. R. Civ. P. 55(b); or

4. Advise the undersigned in writing of any good cause to the contrary.

Failure to comply with this Order may result in in a recommendation of dismissal of this action for failure to prosecute under Fed. R. Civ. P. 41(b).

DATED: April 13, 2026

*s/Douglas L. Micko*
DOUGLAS L. MICKO
United States Magistrate Judge